G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
ANDREW HOWARTH,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANDREW HOWARTH,<br><br>  Plaintiff,<br><br>  vs.<br><br>RESORT RECOVERY SOLUTIONS, LLC; DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.<br>2:14-cv-02430-MMM-FFM<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, ANDREW HOWARTH, by and though his attorney, informs this Honorable Court that Plaintiff has settled his case with Defendant, RESORT RECOVERY SOLUTIONS, LLC. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

Respectfully submitted this 23rd day of May, 2014,

                **PRICE LAW GROUP APC**

                By: /s/ G. Thomas Martin, III _
                    G. Thomas Martin, III
                    Attorney for Plaintiff